```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 18006
    EVERETT RUNNELS
    LILLIE M RUNNELS                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER
         Debtor
  SSN XXX-XX-0370     SSN XXX-XX-6978

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/07/2004 and was confirmed 08/04/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   55.92%.

    The case was paid in full 04/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FIRST MIDWEST BANK         SECURED             3958.76       251.78       3958.76
MCHENRY SAVINGS BANK       SECURED NOT I    NOT FILED          .00           .00
TCF NATIONAL BANK          CURRENT MORTG         .00           .00           .00
TCF NATIONAL BANK          CURRENT MORTG         .00           .00           .00
BENEFICIAL HOUSEHOLD~      CURRENT MORTG         .00           .00       2428.35
RESURGENT CAPITAL SERVIC   UNSECURED          583.53           .00        314.00
CAPITAL ONE BANK           FILED LATE         437.54           .00           .00
CARDIOLOGY DIAGNOSTIC SE   UNSECURED        NOT FILED          .00           .00
CITGO PLUS                 UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         5062.65           .00       2825.10
DISCOVER FINANCIAL SERVI   UNSECURED         2236.57           .00       1248.07
CHARMING SHOPPES FASHION   UNSECURED          843.49           .00        470.69
PREMIER BANCARD CHARTER    UNSECURED          415.38           .00        231.79
GOODYEAR CREDIT PLAN       UNSECURED        NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          425.40           .00        237.39
ECAST SETTLEMENT CORP      UNSECURED          428.82           .00        239.29
MIDWEST EYE CENTER         UNSECURED        NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED          603.38           .00        324.68
SAMS CLUB                  UNSECURED        NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          796.78           .00        444.63
RESURGENT CAPITAL SERVIC   UNSECURED          744.23           .00        400.48
TIME WARNER CABLE          NOTICE ONLY      NOT FILED          .00           .00
LVNV FUNDING LLC           UNSECURED         2656.84           .00       1482.59
ECAST SETTLEMENT CORP      UNSECURED          876.94           .00        489.35
WOW INTERNET & CABLE       UNSECURED        NOT FILED          .00           .00
CAPITAL ONE BANK           FILED LATE        1693.50           .00           .00
CAPITAL ONE BANK           FILED LATE         695.98           .00           .00
RESURGENT ACQUISITION LL   FILED LATE         844.52           .00           .00
BENEFICIAL HOUSEHOLD~      SECURED NOT I         .00           .00           .00
ERNESTO D BORGES JR        DEBTOR ATTY       2,300.00                    2,300.00
TOM VAUGHN                 TRUSTEE                                        964.77
DEBTOR REFUND              REFUND                                         239.12

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 18006 EVERETT RUNNELS & LILLIE M RUNNELS
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               18,850.84

PRIORITY                                           .00
SECURED                                       6,387.11
    INTEREST                                    251.78
UNSECURED                                     8,708.06
ADMINISTRATIVE                                2,300.00
TRUSTEE COMPENSATION                            964.77
DEBTOR REFUND                                   239.12
                    ---------------      ---------------
TOTALS                18,850.84              18,850.84
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 07/29/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE